IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM LATNER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-1842

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 7, 2016.

An appeal from an order of the Circuit Court for Escambia County.
Darlene Dickey, Judge.

William Latner, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR